U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Todd A. Brunner | Address: City, State and Zip Code: Pewaukee, WI |
|---|---|
| Date of Birth: xx-xx-1957 | Occupation: |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: |
| Name of U.S. Attorney: Carol L. Kraft | |
| Has warrant been issued? ☐ YES ☒ NO | When? | By Whom? |
| Has warrant been executed? ☐ YES ☒ NO | When? | Where? |
| Has defendant appeared before a Magistrate? ☐ YES ☒ NO | When? | Who? |
| Is the defendant in custody? ☐ YES ☒ NO | Where? | |
| Pretrial Scheduling Conference Necessary? ☐ YES ☒ NO | | |

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☒ |

Milwaukee Case ☒   Green Bay Case ☐   County:

Minor Offense
Petty Offense

Arraignment & plea before:        Judge:        Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Count | Date | Charge | Penalty |
|---|---|---|---|
| 1-8 | 10/08- 3/09 | Bank Fraud 18 USC1344(2) and 2. | 30 years, $1,000,000, 5 yrs SR and $100 SA each ct. |
| 9-11 | 8/10- 11/10 | Bank Fraud 18 USC1344(1) and 2 | 30 years, $1,000,000, 5 yrs SR and $100 SA each ct. |
| 12 | 6/11-7/11 | Concealing assets in bankruptcy 18 USC 152(1) | 5 years, $250,000 |
| 13-14 | 6/5/11-7/12/11 | False declaration in bankruptcy 18 USC 152(3) | 5 years, $250,000 |
| 15 | 7/22/11 | False oath and account in bankruptcy 18 USC 152(2) | 5 years, $250,000 |

**Agency/Agent: FBI Special Agent John Klugiewicz    OCDETF: ☐ YES    ☒ NO**

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: | Address: City, State and Zip Code: |
|---|---|
| Shawn A. Brunner | Pewaukee, WI 53072 |
| Date of Birth: | Occupation: |
| xx-xx-1990 | |
| Name of Defendant's Attorney: | Address of Defendant's Attorney: |
| Unknown | |
| Name of U.S. Attorney: | |
| Carol L. Kraft | |

Has warrant been issued?  When?  By Whom?
☐ YES  ☒ NO

Has warrant been executed?  When?  Where?
☐ YES  ☒ NO

Has defendant appeared before a Magistrate?  When?  Who?
☐ YES  ☒ NO

Is the defendant in custody?  Where?
☐ YES  ☒ NO

Pretrial Scheduling Conference Necessary?  ☐ YES  ☒ NO

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☒ |

Milwaukee Case ☒  Green Bay Case ☐  County:

Minor Offense

Petty Offense

Arraignment & plea before:  Judge:  Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

## THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Count | Date | Charge | Penalty |
|---|---|---|---|
| 9-11 | 8/10-11/10 | Bank Fraud 18 USC1344(1) and 2 | 30 years, $1,000,000, 5 yrs. SR and $100 SA each ct. |
| 16 | 2/14/12 | False oath and account in bankruptcy 18 USC 152(2) | 5 years, $250,000 |

**Agency/Agent:** FBI SA John Klugiewicz
**OCDETF:** ☐ YES  ☒ NO