# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                          Plaintiff,          Case No. 14-CR-189-1-JPS

v.

TODD A. BRUNNER,

                          Defendant.          ORDER

On September 12, 2016, the defendant moved for permission to appear by telephone or video conference at his change of plea hearing. (Docket #52). Magistrate Judge Nancy Joseph initially granted the motion without objection from the government. (Docket #53). However, the government soon afterward filed a motion for reconsideration of that decision. (Docket #54). On September 23, 2016, Magistrate Joseph granted the motion for reconsideration based on the government's newly presented case law. (Docket #57). Magistrate Joseph contemporaneously issued a report and recommendation to this Court that the defendant should be required to appear in person for his change of plea hearing. *Id.*

Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. To date, no party has filed such an objection. The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt both its analysis and conclusion therefrom.

Accordingly,

IT IS ORDERED that Magistrate Judge Nancy Joseph's report and recommendation (Docket #57) be and the same is hereby ADOPTED; and

IT IS FURTHER ORDERED that the defendant's motion to appear at his change of plea hearing by telephone or video conference (Docket #52) be and the same is hereby DENIED.

Dated at Milwaukee, Wisconsin, this 19th day of October, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

Case 2:14-cr-00189-JPS-NJ   Filed 10/19/16   Page 2 of 2   Document 64